ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| REH COMPANY, LLC, | ) |
| *Petitioner*, | ) |
| v. | ) Case No. 25-1180 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) |
| *Respondent*. | ) |

**PROVISIONAL CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES**

Petitioner REH Company, LLC ("REH") hereby files this Provisional Certificate as required by D.C. Circuit Rule 15(c)(3).

**Parties and Amici.** The Parties in No. 25-1180 are Petitioner REH and Respondent the United States Environmental Protection Agency ("EPA").

As of the date of this provisional certificate, no entity or individual has sought leave to participate as an amicus.

**Rulings Under Review.** The agency action under review is EPA's August 22, 2025, action concerning the Sinclair Wyoming Refinery and Sinclair Casper Refinery ("2025 Decisions"). As provided under the Clean Air Act, Sinclair Wyoming Refining Company ("SWRC") and Sinclair Casper Refining Company ("SCRC") submitted petitions to request that EPA extend certain small refinery

exemptions that the Sinclair Wyoming Refinery and Sinclair Casper Refinery each received under the Renewable Fuel Standards ("RFS") Program. In the 2025 Decisions, EPA granted SWRC and SCRC only partial relief from their RFS obligations for 2018 (SWRC) and for 2019 and 2020 (both refineries).

**Related Cases.** REH (through SWRC) previously challenged EPA's 2025 Decision as to SWRC's 2018 exemption petition in three cases:

- *Sinclair Wyoming Refining Company v. Environmental Protection Agency*, No. 19-9562 (10th Cir. filed Aug. 22, 2019);

- *Sinclair Wyoming Refining Company v. Environmental Protection Agency*, No. 19-1196 (D.C. Cir. filed Sept. 20, 2019); and

- *Sinclair Wyoming Refining Co., LLC v. Environmental Protection Agency*, No. 22-1073 (D.C. Cir. filed May 4, 2022).

REH (through SWRC and SCRC) previously challenged EPA's 2025 Decisions as to SCRC's 2018 exemption petition and both refineries' 2019 and 2020 exemption petitions in *Sinclair Wyoming Refining Co., LLC v. Environmental Protection Agency*, No. 22-1073 (D.C. Cir. filed May 4, 2022).

REH is aware of five related, pending cases:

- *Alon Refining Krotz Springs, Inc. v. Environmental Protection Agency*, No. 25-1187 (D.C. Cir. filed Sept. 16, 2025) (consolidated with this case).

- *REH Company, LLC v. Environmental Protection Agency*, No. 24-1310 (D.C. Cir. filed Sept. 24, 2024).

- *REH Company, LLC v. Environmental Protection Agency*, No. 24-1311 (D.C. Cir. filed Sept. 24, 2024).

- *REH Company, LLC v. Environmental Protection Agency*, No. 24-9557 (10th Cir. filed Sept. 24, 2024).

- *REH Company, LLC v. Environmental Protection Agency*, No. 24-9558 (10th Cir. filed Sept. 24, 2024).

Date: September 29, 2025

Respectfully submitted,

*/s/ Jeffrey R. Holmstead*
Jeffrey R. Holmstead
Brittany M. Pemberton
Bracewell LLP
2001 M Street N.W., Suite 900
Washington, D.C. 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Jeff.Holmstead@bracewell.com
Brittany.Pemberton@bracewell.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d), I hereby certify that I have this day caused the foregoing Provisional Certificate as to Parties, Rulings, and Related Cases to be delivered electronically through CM/ECF on all ECF registered counsel of record.

Date: September 29, 2025

Respectfully submitted,

*/s/ Jeffrey R. Holmstead*
Jeffrey R. Holmstead