# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HF Sinclair Refining & Marketing LLC and HF Sinclair Parco Refining LLC,<br><br>   *Petitioners*,<br><br> v.<br><br>Environmental Protection Agency,<br><br>   *Respondent*. | Case No. 25-1197, consolidated with No. 25-1180 & consolidated cases |

## NON-BINDING STATEMENT OF ISSUES TO BE RAISED

  Pursuant to this Court's order of October 1, 2025, petitioners HF Sinclair Refining & Marketing LLC and HF Sinclair Parco Refining LLC respectfully submit this non-binding statement of issues to be raised in this action, which seeks review of the final action of the United States Environmental Protection Agency titled "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," EPA-420-R-25-010, issued on August 22, 2025, denying HF Sinclair Refining & Marketing LLC's petition for an exemption from the compliance obligations under the Clean Air Act's Renewable Fuel Standard for the HF Sinclair Parco Refining LLC refinery for the 2024 compliance year:

1. Whether EPA acted in excess of statutory jurisdiction, authority, or limitations; short of statutory right; or not in accordance with law in denying petitioners a small refinery exemption on the ground that the Parco refinery was not eligible to obtain such an exemption for the 2024 compliance year because its average aggregate daily crude oil throughput was not below 75,000 barrels per day in two consecutive years—2023 and 2024—despite the Clean Air Act requiring only that a refinery's throughput be below the 75,000 barrels-per-day threshold "for *a* calendar year." 42 U.S.C. § 7545(o)(1)(K) (emphasis added).

2. Whether EPA acted arbitrarily, capriciously, or otherwise not in accordance with law in denying petitioners a small refinery exemption on the ground that the Parco refinery was not eligible under 40 C.F.R. § 80.1441(e)(2) to obtain such an exemption for the 2024 compliance year.

Petitioners reserve the ability to amend their issues to be raised.

October 31, 2025                    Respectfully submitted,

   /s/ *Allyson N. Ho*
Allyson N. Ho
  *Counsel of Record*
Stephen J. Hammer
Robert W. Frey
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201
(214) 698-3100
aho@gibsondunn.com

Lavi M. Ben Dor
M. Christian Talley
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
(202) 955-8500

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 31, 2025, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

October 31, 2025                    Respectfully submitted,

                                                              */s/ Allyson N. Ho*
Allyson N. Ho
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
aho@gibsondunn.com