# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HF Sinclair Refining & Marketing LLC and HF Sinclair Woods Cross Refining LLC,<br><br>   *Petitioners*,<br><br> v.<br><br>Environmental Protection Agency,<br><br>   *Respondent*. | Case No. 25-1209, consolidated with No. 25-1180 & consolidated cases |

## NON-BINDING STATEMENT OF ISSUES TO BE RAISED

  Pursuant to this Court's order of October 20, 2025, petitioners HF Sinclair Refining & Marketing LLC (formerly known as HollyFrontier Refining & Marketing LLC) and HF Sinclair Woods Cross Refining LLC (formerly known as HollyFrontier Woods Cross Refining LLC) respectfully submit this non-binding statement of issues to be raised in this action, which seeks review of the final action of the United States Environmental Protection Agency titled "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," EPA-420-R-25-010, issued on August 22, 2025, resolving HollyFrontier Refining & Marketing LLC's petition for an exemption from the compliance obligations under

the Clean Air Act's Renewable Fuel Standard for the HollyFrontier Woods Cross Refining LLC refinery for the 2019 compliance year:

1. Whether EPA acted in excess of statutory jurisdiction, authority, or limitations; short of statutory right; or arbitrarily, capriciously, or otherwise not in accordance with law in implementing petitioners' partial small refinery exemption by returning some of the renewable fuel credits petitioners used to comply with the Woods Cross refinery's 2019 Renewable Fuel Standard obligations.

2. Whether EPA acted in excess of statutory jurisdiction, authority, or limitations; short of statutory right; or arbitrarily, capriciously, or otherwise not in accordance with law in granting petitioners only a partial exemption from the Woods Cross refinery's 2019 Renewable Fuel Standard obligations.

3. Whether EPA acted in excess of statutory jurisdiction, authority, or limitations; short of statutory right; or arbitrarily, capriciously, or otherwise not in accordance with law in purporting to fulfill its obligation to assess the Woods Cross refinery's disproportionate economic hardship based both on the findings of the Department of Energy's study and on "other economic factors," 42 U.S.C.

2

§ 7545(o)(9)(B)(i)–(ii), by applying what it labeled a rebuttable presumption that the Department of Energy's findings would determine whether the refinery was entitled to an exemption.

4. Whether EPA acted arbitrarily, capriciously, or otherwise not in accordance with law in determining that petitioners demonstrated only partial—and not full—disproportionate economic hardship.

Petitioners reserve the ability to amend their issues to be raised.

November 19, 2025

Respectfully submitted,

  /s/ *Allyson N. Ho*
Allyson N. Ho
  *Counsel of Record*
Stephen J. Hammer
Robert W. Frey
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
aho@gibsondunn.com

Christine M. Buzzard
Lavi M. Ben Dor
M. Christian Talley
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2025, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

November 19, 2025                    Respectfully submitted,

                                                           */s/ Allyson N. Ho*
Allyson N. Ho
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
aho@gibsondunn.com