**BSF**

David Lehn
(o) 202-274-1126
dlehn@bsfllp.com

December 8, 2025

Clifton Cislak, Clerk
United States Court of Appeals
District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

> **Re:** *Alon Refining Krotz Springs v. EPA*, **No. 25-1187 (consolidated)**

Dear Mr. Cislak:

This case – Nos. 25-1187 and 25-1197 – was initially consolidated with numerous other cases, with the lead case being *REH Co. v. EPA*, No. 25-1180. *See* ECF #2135540 (Sept. 18, 2025); ECF #2138040 (Oct. 1, 2025). Growth Energy moved to intervene in *REH* and all consolidated cases. *See* ECF #2137689 (Sept. 29, 2025). The Court subsequently severed this case from *REH*, referred Growth Energy's motion to intervene to the merits panels for both *REH* and this case, and invited Growth Energy to lodge a merits brief as movant-intervenor in both *REH* and this case. ECF #2146228 (Nov. 19, 2025).

I write to inform the Court that Growth Energy does not intend to participate **in this case** – i.e., in Nos. 25-1187 and 25-1197 – and that its motion to intervene in this case is in effect withdrawn.

To be clear, Growth Energy still desires to intervene in *REH*, No. 25-1180 (and all cases still consolidated therewith). Accordingly, Growth Energy does **not** withdraw its motion to intervene in *REH* (and consolidated cases).

Respectfully,

/s/ David M. Lehn

*Counsel for Growth Energy*

cc: all counsel via ECF

**CERTIFICATE OF SERVICE**

I certify that today, I filed a copy of the foregoing using the Court's

CM/ECF system, which will automatically serve notice of the foregoing on

registered users of that system.

/s/ David M. Lehn
DAVID M. LEHN

December 8, 2025