ORAL ARGUMENT NOT YET SCHEDULED
Nos. 25-1187 and 25-1197

# In the United States Court of Appeals for the District of Columbia Circuit

---

ALON REFINING KROTZ SPRINGS, INC.,

*Petitioner*,

v.

ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*.

---

HF SINCLAIR REFINING & MARKETING LLC AND
HF SINCLAIR PARCO REFINING LLC,

*Petitioners*,

v.

ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*.

---

On Petition for Review of a Final Decision of the
Environmental Protection Agency, 90 Fed. Reg. 41,829 (Aug. 27, 2025)

---

**PETITIONERS' UNOPPOSED JOINT MOTION FOR DIVIDED ARGUMENT**

---

Daniel J. Feith
  *Counsel of Record*
Peter C. Whitfield
Peter A. Bruland
Cody M. Akins
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C.  20005
(202) 736-8000
dfeith@sidley.com

*Counsel for Petitioner*
*in No. 25-1187*

Allyson N. Ho
  *Counsel of Record*
Stephen J. Hammer
Robert W. Frey
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201
(214) 698-3100
aho@gibsondunn.com

*Counsel for Petitioners*
*in No. 25-1197*

(*additional counsel listed on inside cover*)

Christine M. Buzzard
Lavi M. Ben Dor
M. Christian Talley
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, D.C.  20036
(202) 955-8500

*Counsel for Petitioners*
*in No. 25-1197*

## INTRODUCTION

Petitioners Alon Refining Krotz Springs, Inc., HF Sinclair Refining & Marketing LLC, and HF Sinclair Parco Refining LLC respectfully move under D.C. Circuit Rule 34(c) for divided oral argument to permit two attorneys to present argument on their behalf in this expedited proceeding.

There is good cause for this request because divided argument will promote efficiency by allowing each attorney to focus his or her presentation on a single issue in the case. If the motion is granted, Daniel J. Feith of Sidley Austin LLP will argue that EPA's denials of petitioners' requests for small-refinery exemptions violated both the Clean Air Act's eligibility criteria and EPA's own regulation regarding eligibility for such exemptions. Allyson N. Ho of Gibson, Dunn & Crutcher LLP will argue that petitioners' challenges to EPA's denials are timely.

## ARGUMENT

Under D.C. Circuit Rule 34(c), "[i]n cases in which 15 minutes or less per side is allotted for argument, only one counsel may be heard for each side except by leave of the court, granted on motion for good cause shown." On December 8, 2025, this Court entered an order directing the

1

Clerk "to calendar this case for oral argument on the first appropriate date following the completion of briefing" on January 27, 2026, Doc. #2149330, but the Court has not yet allotted time for oral argument.

If the Court allots more than 15 minutes per side for argument, Rule 34(c) will not require a motion for leave for two attorneys to present argument for petitioners. If the Court allots 15 minutes or less per side, however, Rule 34(c) will require petitioners to obtain leave to present divided argument. Because the Court has expedited this case, *see* Doc. #2146228, *REH Co. v. EPA*, No. 25-1180 (Nov. 19, 2025), and there will likely be little time between the Court's order allotting time for oral argument and the argument date, petitioners move for divided argument now to seek certainty for the parties and to avoid burdening the Court with a time-sensitive motion after the setting of argument.

Good cause exists for divided argument. This case involves two discrete issues: (1) the unlawfulness of EPA's denials of petitioners' requests for small-refinery exemptions and (2) the timeliness of petitioners' challenges to those denials. Divided argument will promote efficiency in this expedited case by allowing each attorney to focus his or her presentation on one of these two distinct issues.

In addition, EPA separately adjudicated the exemption petitions in this case, so divided argument will give the Court the opportunity to address any questions specific to the petitioner in No. 25-1187 or the petitioners in No. 25-1197 to their respective counsel.

Counsel for petitioners have conferred with counsel for respondent EPA regarding this motion. EPA does not oppose the relief requested in this motion.

## CONCLUSION

The Court should permit divided argument to allow two attorneys to present argument on behalf of petitioners.

Dated:  January 15, 2026

Respectfully submitted,

/s/ *Daniel J. Feith*

Daniel J. Feith
   *Counsel of Record*
Peter C. Whitfield
Peter A. Bruland
Cody M. Akins
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C.  20005
(202) 736-8000
dfeith@sidley.com

*Counsel for Petitioner*
*in No. 25-1187*

/s/ *Allyson N. Ho*

Allyson N. Ho
   *Counsel of Record*
Stephen J. Hammer
Robert W. Frey
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201
(214) 698-3100
aho@gibsondunn.com

Christine M. Buzzard
Lavi M. Ben Dor
M. Christian Talley
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, D.C.  20036
(202) 955-8500

*Counsel for Petitioners*
*in No. 25-1197*

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this document complies with the applicable typeface, type style, and type-volume limitations. This document was prepared using a proportionally spaced type (New Century Schoolbook, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1), this document contains 481 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this document.

January 15, 2026                            Respectfully submitted,

                                            */s/ Allyson N. Ho*
                                            Allyson N. Ho
                                            GIBSON, DUNN & CRUTCHER LLP
                                            2001 Ross Avenue, Suite 2100
                                            Dallas, Texas  75201
                                            (214) 698-3100
                                            aho@gibsondunn.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 15, 2026, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

January 15, 2026                        Respectfully submitted,

                                        /s/ Allyson N. Ho
                                        Allyson N. Ho
                                        GIBSON, DUNN & CRUTCHER LLP
                                        2001 Ross Avenue, Suite 2100
                                        Dallas, Texas  75201
                                        (214) 698-3100
                                        aho@gibsondunn.com