# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Alon Refining Krotz Springs, Inc.<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>U.S. Environmental Protection Agency,<br><br>　　　　　　　　　　　Respondent. | Case No. 25-1187 and consolidated cases |

## UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 34(b) and D.C. Circuit Rule 34(g), petitioner Alon Refining Krotz Springs, Inc. respectfully moves to reschedule oral argument in this matter to February 25, 2026, or sooner. Petitioners in No. 25-1197 and respondent EPA do not oppose this motion. In support of this motion, Krotz Springs states:

　　1.　　On November 19, 2025, the Court granted petitioners' motion to expedite this matter. Briefing will be complete on January 27, 2026.

　　2.　　Because briefing has not yet been completed, counsel has not yet advised the Clerk's Office of dates counsel will be unavailable to appear for oral argument. *See* D.C. Cir. *Handbook of Practice & Internal Procedures* § X.D.

3. On January 20, 2026, the Court set oral argument for 9:30 a.m. on March 6, 2026.

4. Arguing counsel for Krotz Springs, Daniel Feith, is not available for argument on March 6, 2026, because he will be in trial in the District of Massachusetts in *Steiner v. eBay Inc.*, No. 1:21-cv-11181. That trial commences March 2, 2026, and is expected to continue every business day for the entire month.

5. Arguing counsel for petitioners in No. 25-1197, Allyson N. Ho, has represented that she is not available for oral argument in this matter on February 26, 2026, due to a hearing in another matter.

6. As explained in petitioners' motion to expedite, it is critical that petitioners receive a decision in this matter as soon as possible. Accordingly, Krotz Springs does not seek to postpone argument. If the Court does not grant this motion, counsel for Krotz Springs will make arrangements to present oral argument on March 6, 2026.

## CONCLUSION

For the foregoing reasons, Krotz Springs respectfully asks that the Court reschedule oral argument for February 25, 2026, or sooner.

|  |  |
|---|---|
| Dated: January 21, 2026 | Respectfully submitted,<br><br>*/s/ Daniel J. Feith*<br>Daniel J. Feith<br>  *Counsel of Record*<br>Peter C. Whitfield<br>Peter A. Bruland<br>Cody M. Akins<br>SIDLEY AUSTIN LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>(202) 736-8000<br>dfeith@sidley.com<br><br>*Counsel for Petitioner<br>in No. 25-1187* |

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font. It complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 295 words, excluding the sections listed in Rule 32(f).

*/s/ Daniel J. Feith*

## CERTIFICATE OF SERVICE

I certify that on January 21, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF System, which will send notice to all registered CM/ECF users.

*/s/ Daniel J. Feith*