# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1187**  **September Term, 2025**

**EPA-90FR41829**

**Filed On: January 26, 2026** [2156056]

Alon Refining Krotz Springs, Inc.,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 25-1197

## O R D E R

    Upon consideration of petitioner's unopposed motion to reschedule oral argument, it is

    **ORDERED** that the motion be denied. These cases remain scheduled for oral argument on March 6, 2026.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk