# Morgan Lewis

**Douglas A. Hastings**
Partner
+1.202.373.6635
douglas.hastings@morganlewis.com

February 5, 2026

Ms. Meg Beardsley
Special Counsel to the Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC 20001

Re:   *Alon Refining Krotz Springs v. EPA*, Nos. 25-1187 and 25-1197

Dear Ms. Beardsley:

This case was initially consolidated with the set of cases challenging EPA's August 2025 decisions regarding small-refinery exemptions under the RFS, under the lead case *REH Co. v. EPA, No. 25-1180*. *See* Dkt No. #2135540 (Sept. 18, 2025). Clean Fuels Alliance America ("Clean Fuels") moved to intervene in those consolidated cases, and its intervention motion was referred to the merits panel.

The court subsequently severed this case from *REH*. I write to inform the Court that Clean Fuels does not intend to intervene specifically in this severed case (Nos. 25-1187 and 25-1197). Clean Fuels still moves to intervene in all cases currently consolidated in *REH* and does not withdraw its motion with respect to that set of consolidated cases.

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Ave, NW
Washington, DC  20004        ☎ +1.202.373.6000
United States               📠 +1.202.739.3001

Ms. Meg Beardsley
February 5, 2026
Page 2

Sincerely,

/s/ Douglas A. Hastings

Douglas A. Hastings
*Counsel for the Clean Fuels Alliance America*

c: All counsel, via the CM/ECF system