# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1187** | **September Term, 2025** |
| | EPA-90FR41829 |
| | **Filed On: February 24, 2026** [2160755] |

Alon Refining Krotz Springs, Inc.,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 25-1197

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for March 6, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes |
| Respondent | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, and Circuit Judges Rao and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 25, 2026.

### Per Curiam

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                         BY:   /s/
                                   Michael C. McGrail
                                   Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)