# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1187**   **September Term, 2025**

EPA-90FR41829

**Filed On: February 24, 2026** [2160824]

Alon Refining Krotz Springs, Inc.,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 25-1197

## O R D E R

Upon consideration of petitioners' unopposed joint motion for divided oral argument, it is

**ORDERED** that the motion be denied.

### Per Curiam

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

BY:  /s/
        Michael C. McGrail
        Deputy Clerk