

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC  20044*

*Telephone (202) 514-2285*
*Facsimile (202) 514-8865*

March 30, 2026

**Delivery by ECF and Overnight Mail**

The Honorable Clifton Cislak
Clerk of Court
333 Constitution Avenue
Washington, DC 20001

> Re:  *Alon Refining Krotz Springs, Inc. v. United States Environmental Protection Agency*, Case No. 25-1187 (and consolidated case), Rule 28(j) Letter

Dear Mr. Cislak:

Respondent U.S. Environmental Protection Agency ("EPA"), notifies this Court that on March 27, 2026, subsequent to oral argument in these consolidated cases, EPA signed a final rule setting the 2026 Renewable Fuel Standards, which has not yet been published in the Federal Register.  *See* https://www.epa.gov/system/files/documents/2026-03/frl-11947-02-oar-rfs-set-2-2026-03.pdf.  Because the 2026 Renewable Fuel Standards now will become effective on June 15, 2026, the expiration date for the 2024 RINs at issue in these cases will be September 1, 2026. *See* 40 C.F.R. 80.1451(f)(1)(i)(A)(2).

This newly issued agency action does not bear on the substance of these consolidated petitions, but rather on the basis for expediting the case. Promulgation of the 2026 Renewable Fuel Standards determines the expiration date for the 2024 Renewable Identification Numbers (RINs) that Petitioners assert they would have received had EPA found them eligible to seek small refinery exemptions and then ultimately granted their administrative petitions.  *See, e.g.*, ECF No. 2137090 at 7-10; ECF No. 2150545.  Specifically, 2024 RINs may be used to show compliance with either 2024 or 2025 renewable fuel obligations, and thus those RINs expire

after the deadline to demonstrate compliance for 2025. The 2025 compliance deadline, however, is determined by the effective date of the 2026 Renewable Fuel Standards. *See* ECF No. 2140636; 40 C.F.R. 80.1451(f)(1)(i)(A)(2).

At oral argument on March 6, 2026, the Court asked counsel for EPA when the 2024 RINs would expire, but because that date is dependent on the date the 2026 Standards become effective, it was not then known.  EPA thus provides this letter to inform the Court the 2024 RINs will expire on September 1, 2026.

Respectfully submitted,

/s/ *Alexander M. Purpuro*
Redding Cofer Cates
Miranda M. Jensen
Alexander M. Purpuro
*Trial Attorneys*
U.S. Department of Justice
Env't & Natural Resource Div.
Redding.cates@usdoj.gov
Miranda.jensen@usdoj.gov
Alexander.purpuro@usdoj.gov

*Counsel for Respondent*

- 3 -

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 28(j) because it contains 269 words, excluding exempted portions. The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

/s/ Alexander M. Purpuro
ALEXANDER M. PURPURO

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, I filed the foregoing using the

Court's CM/ECF system, which will electronically serve all counsel of record

registered to use the CM/ECF system.

*/s/ Alexander M. Purpuro*
ALEXANDER M. PURPURO
