# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1187**                                    **September Term, 2025**

**EPA-90FR41829**

**Filed On:** April 24, 2026

Alon Refining Krotz Springs, Inc.,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

-----------------------------

Consolidated with 25-1197

     **BEFORE:**   Srinivasan, Rao, and Pan, Circuit Judges

### O R D E R

Upon consideration of petitioners' joint motion for expedited issuance of the mandate, it is

**ORDERED** that the motion be granted. The Clerk is directed to issue the mandate forthwith.

### Per Curiam

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

       BY:    /s/
              Daniel J. Reidy
              Deputy Clerk