# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1187**                    **September Term, 2025**

**EPA-90FR41829**

**Filed On: April 24, 2026** [2170405]

Alon Refining Krotz Springs, Inc.,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1197

## M A N D A T E

In accordance with the judgment of April 7, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

            BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk

Link to the judgment filed April 7, 2026