# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1187**                    **September Term, 2025**

**EPA-90FR41829**

**Filed On:** August 7, 2026

Alon Refining Krotz Springs, Inc.,

      Petitioner

      v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1197


**BEFORE:**    Srinivasan, Chief Judge; and Rao and Pan, Circuit Judges

**O R D E R**

Upon consideration of petitioners' joint emergency motion to enforce the mandate, for writ of mandamus, or to recall the mandate; the response and joint reply thereto; and the notice, it is

**ORDERED** that the emergency motion be dismissed as moot in light of EPA's decisions on the small refinery petitions remanded to the agency issued on August 3, 2026.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
            Daniel J. Reidy
            Deputy Clerk